1

**MARK W. COLEMAN #117306**
**NUTTALL COLEMAN & DRANDELL**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant,
          PA NHIAG VANG

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-CR-00173-DAD-BAM |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE BAIL REVIEW HEARING AND ORDER.** |
| PA NHIAG VANG, | |
| Defendants. | |

          **IT IS HEREBY STIPULATED** by and between attorneys for the respective clients

that the Bail Review Hearing currently scheduled for Wednesday, October 4, 2017 at 2:00 p.m.,

be continued to **Wednesday, October 11, 2017**, at 2:00 p.m.

          This continuance is requested by counsel for Defendant VANG, due to a scheduling

conflict on counsel's calendar on Wednesday, October 4, 2017 at 2:00 p.m.

          Counsel for Defendant has corresponded with Assistant U.S. Attorney, Vincenza

Rabenn, who has no objection to this continuance.

Dated: October 3, 2017.                              NUTTALL COLEMAN & DRANDELL

                                                                  /s/ Mark W. Coleman
                                                                 MARK W. COLEMAN
                                                                 Attorney for Defendant
                                                                 PA NHIAG VANG

Dated: October 3, 2017.

  /s/ Vincenza Rabenn
VINCENZA RABENN
Assistant United States Attorney

## **ORDER**

   **IT IS SO ORDERED** that the Bail Review Hearing currently scheduled for

Wednesday, October 4, 2017 at 2:00 p.m., be continued to **Wednesday, October 11, 2017, at**

**2:00 p.m., in Courtroom 7 (SKO).**


IT IS SO ORDERED.

Dated:   **October 4, 2017**                    /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE