**MARK W. COLEMAN #117306**
**NUTTALL COLEMAN & DRANDELL**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant,
PA NHIAG VANG

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-CR-00173-DAD-BAM |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER.** |
| PA NHIAG VANG, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the Sentencing Hearing currently scheduled for April 1, 2019, be continued to **May 13, 2019**, at 10:00 a.m., or as soon thereafter as is convenient with the court's calendar.

This continuance is requested by counsel for Defendant VANG, due to a need to have Defendant evaluated prior to Sentencing. Specifically, in meeting with Defendant, and during the course of the probation interview, client raised issues not raised previously with respect to her mental health. Counsel believes it is important that Defendant be evaluated by a mental health professional prior to sentencing. Therefore, additional time is needed for counsel to have Defendant evaluated.

The parties agree that the dates for submitting formal objections to the Presentence Investigation Report be continued in accordance with the new Sentencing date.

1

Counsel for Defendant has corresponded with Assistant U.S. Attorney, Vincenza Rabenn, who has no objection to this continuance.

Dated: March 18, 2019.  NUTTALL COLEMAN & DRANDELL

   /s/ Mark W. Coleman
MARK W. COLEMAN
Attorney for Defendant
PA NHIAG VANG

Dated: March 18, 2019.

   /s/ Vincenza Rabenn
VINCENZA RABENN
Assistant United States Attorney

\* \* \* \* \*

**IT IS SO ORDERED** that the Sentencing currently scheduled for April 1, 2019, at 10:00 a.m., be continued to **May 13, 2019, at 10:00 a.m.**

**IT IS FURTHER ORDERED** that the deadlines for filing formal objections be extended in accordance with the new Sentencing date.

IT IS SO ORDERED.

Dated: __**March 18, 2019**__  _____
UNITED STATES DISTRICT JUDGE

2

2