McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 17-CR-00173 DAD |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING HEARING; ORDER |
| v. | DATE: May 13, 2019 |
| PA NHIAG VANG, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter is currently set for sentencing on May 13, 2019.

2. Counsel for the defense has requested that the sentencing be rescheduled so that he has adequate time to review the sentencing calculations with the defendant. This request is due in part to the continuing negotiations between counsel for the government and counsel for the defense. The parties have conferred and are available for sentencing on July 8, 2019.

3. The parties have agreed to the following schedule, and request that the Court order the following:

    a) The sentencing hearing currently scheduled for May 13, 2019 should be rescheduled for July 8 at 10:00 a.m.;

1

b) The Presentence Referral Schedule need not be amended, because a Final PSR has already been filed and served on the parties, and objections to the PSR have already been filed and served on the Court.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: May 8, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ VINCENZA RABENN
VINCENZA RABENN
Assistant United States Attorney

Dated: May 8, 2019

/s/ MARK COLEMAN
MARK COLEMAN
Counsel for Defendant
PA NHIAG VANG

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing be continued to July 8, 2019, at 10:00am and the deadlines for the PSR are to remain as previously ordered.

IT IS SO ORDERED.

Dated: **May 8, 2019**

UNITED STATES DISTRICT JUDGE