**MARK W. COLEMAN #117306**
**NUTTALL COLEMAN & DRANDELL**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant,
   PA NHIAG VANG

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-CR-00173-DAD-BAM |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER.** |
| PA NHIAG VANG, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the Sentencing Hearing currently scheduled for August 15, 2019, be continued to **October 28, 2019**, at 10:00 a.m., or as soon thereafter as is convenient with the court's calendar.

This continuance is requested by counsel for Defendant VANG, due to the fact that counsel is currently in a State case criminal trial in the San Joaquin Superior Court. The Trial is expected to last two weeks. Additionally, counsel for the Defendant and the United States need additional time to meet and confer prior to the Sentencing.

Counsel for Defendant has corresponded with Assistant U.S. Attorney, Vincenza Rabenn, who has no objection to this continuance.

///

///

1

| | |
|---|---|
| Dated: August 15, 2019. | NUTTALL COLEMAN & DRANDELL |
| | /s/ Mark W. Coleman<br>MARK W. COLEMAN<br>Attorney for Defendant<br>PA NHIAG VANG |
| Dated: August 15, 2019. | THE UNITED STATES OF AMERICA |
| | /s/ Vincenza Rabenn<br>VINCENZA RABENN<br>Assistant United States Attorney |

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for August 19, 2019 is continued to October 28, 2019, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **August 15, 2019**

UNITED STATES DISTRICT JUDGE