McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00173-DAD-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| PA NHIAG VANG, ET AL., | DATE: 10/28/19<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 28, 2019.

2. By this stipulation, counsel for the government and defendant now moves to continue the sentencing until November 18, 2019.

3. The reason for the continuance is to accommodate counsel for the government's travel and litigation schedule, and to allow counsel for the defense additional time to effectively prepare for sentencing.

4. The parties agree and stipulate that no changes to the pretrial referral schedule are necessary.

1

5. Accordingly, the parties request that the court order the sentencing hearing currently set for October 28, 2019 be rescheduled for November 18, 2019.

IT IS SO STIPULATED.

Dated: October 22, 2019					McGREGOR W. SCOTT
							United States Attorney


							/s/ VINCENZA RABENN
							VINCENZA RABENN
							Assistant United States Attorney


Dated: October 22, 2019					/s/ MARK W. COLEMAN
							MARK W. COLEMAN
							Counsel for Defendant
							Pa Nhiag Vang,

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for October 21, 2019, is continued until November 18, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **October 23, 2019**				_Dale A. Drozd_
							UNITED STATES DISTRICT JUDGE